SCOTT N. SCHOOLS, SC 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WEN HONG LIU,<br>                Plaintiff,<br>     v.<br>ALBERTO R. GONZALES, United States Attorney General; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigation,<br>                Defendants. | Case No. 06-7884-JW<br><br>**STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; [AND] P~~ROPOSED~~ ORDER** |

    The plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate to a ninety-day extension of the case management conference in this case, currently scheduled for April 9, 2007, based on the following:

    (1)  The plaintiff is a lawful permanent resident of the United States who filed an application for naturalization with the United States Citizenship and Immigration Services (USCIS) on August 5, 2003.

    (2) The USCIS asked the FBI to perform a required FBI name check of the plaintiff on August 25, 2003.

STIPULATION TO EXTEND DATE OF CMC; AND [~~PROPOSED~~] ORDER
C06-7884-JW                                      1

1  (3) The plaintiff was interviewed by USCIS on his naturalization application on April 21, 2004.

(4) The USCIS recently asked the FBI to expedite the processing of the plaintiff's name check.

(5) In light of the reasonable possibility that the FBI will complete the name check of the plaintiff within 90 days and that USCIS may then be able to adjudicate the plaintiff's naturalization application, the parties respectfully ask this Court to vacate the case management conference, currently scheduled for April 9, 2007, and re-schedule the CMC for July ~~Six~~ 9, 2007, or a date that is convenient for the Court in approximately 90 days.. at 10:00 AM.

(6) The parties will file a joint case management conference seven days in advance of the re-scheduled CMC.

DATED: April 2, 2007                         /s/
                                             JUSTIN FOK
                                             Attorneys for Plaintiff


                                             SCOTT N. SCHOOLS
                                             United States Attorney


DATED: April 2, 2007                         /s/
                                             EDWARD A. OLSEN
                                             Assistant United States Attorney


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

      3
Dated: April ~~X~~, 2007                     _____
                                             JAMES WARE
                                             United States District Judge

STIPULATION TO EXTEND DATE OF CMC; AND [~~PROPOSED~~] ORDER
C06-7884-JW                                  2