1  Justin Fok, Esq., CSBN: 242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 300
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5
6  Attorney for Plaintiff
   Wen Hong Liu
7

**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                           **SAN JOSE DIVISION**

11

| | |
|---|---|
| 12  **Wen Hong Liu,** | Case No. C 06-07884 JW |
| 13          Plaintiff, | |
| 14          v. | |
| 15  **Alberto Gonzales**, United States Attorney General; | **JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** |
| 16  **Michael Chertoff**, Secretary of the Department of Homeland Security; | |
| 17  **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; | |
| 18  **David Still**, San Francisco District Director, United States Citizenship and Immigration Services; | |
| 19  **Robert S. Mueller**, Director of Federal Bureau of Investigation, | |
| 20          Defendants. | |

25      The parties to the above-entitled action jointly submit this Case Management Statement

26  and Proposed Order and request the Court adopt it as its Case Management Order in this case.

27  ///

28  ///

Case No. C 06-07884 JW                 1
Joint Case Management Statement

1. <u>Jurisdiction and Service</u>:  Plaintiff asserts that the basis for the Court's jurisdiction is 8 U.S.C. § 1447(b).  No issues exist regarding personal jurisdiction or venue, and all parties have been served.

2. <u>Facts</u>:  There are no factual issues currently in dispute.  Plaintiff, Wen Hong Liu, is a lawful permanent resident of the United States.  Plaintiff filed an N-400, *Application for Naturalization*, with the United States Citizenship and Immigration Services ("USCIS") on August 5, 2003, and had his naturalization interview on April 21, 2004. At the interview, DHS Officer Capuno indicated to Plaintiff that his application was pending due to the FBI Name Check.  Plaintiff made subsequent inquiries, and each time was told that his application was pending due to the FBI Name Check.  Plaintiff filed this action on December 26, 2006, contending that Defendants have failed to make a decision on his application within 120 days after his initial examination, in violation of 8 U.S.C. § 1447(b).

3. <u>Legal Issues</u>:  Whether the Court should remand and impose a specific deadline for Defendants to complete adjudication of Plaintiff's N-400 application.

4. <u>Motions</u>:  There are no prior or pending motions.

5. <u>Amendment of Pleadings</u>:  No parties, claims, or defenses are expected to be added or dismissed.

6. <u>Evidence Preservation</u>:  There is no evidence that falls within this category.

7. <u>Disclosures</u>:  The parties believe that this case is exempt from the initial disclosure requirements under Fed. R. Civ. P. 26.

8. <u>Discovery</u>:  The parties do not believe that discovery will be necessary at this time

9. <u>Class Actions</u>:  This action is not a class action.

10. <u>Related Cases</u>:  At this time, the parties believe that there are no related cases.

11. <u>Relief</u>:  Plaintiff seeks either: (1) the Court assume jurisdiction over this matter and approve Plaintiff's Application, or (2) an order from this Court directing USCIS to complete adjudication of Plaintiff's application within 60 days of receiving such order.

12. <u>Settlement and ADR</u>: The parties filed a Notice of Need for an ADR Phone Conference on March 19, 2007 and an ADR Phone Conference is scheduled for July 19, 2007. The

1  possibility of settlement still exists.

2  13.  <u>Consent to Magistrate Judge for All Purposes</u>:  The parties will consent to proceed before
3  a Magistrate Judge for all further proceedings including trial and entry of judgment.

4  14.  <u>Other References</u>:  The parties believe that this case is not suitable for binding arbitration,
5  a special master, or the Judicial Panel on Multidistrict Litigation.

6  15.  <u>Narrowing of Issues</u>:  The issue in this case is whether the Court can issue a remand order
7  for Plaintiff's N-400 application with a specific deadline for completion.  Plaintiff seeks a
8  remand order with specific instructions that Defendants complete adjudication of his N-400
9  within 60 days of receiving such order.  Defendants seek a remand order with specific
10  instructions to complete adjudication as expeditiously as possible without a specified deadline.

11  16.  <u>Expedited Schedule</u>:  The parties propose the following Expedited Schedule:
12  Within 60 days of the Case Management Conference, each party shall submit a memorandum of
13  law, not to exceed 10 pages, with a proposed remand order.  Unless the Court requires additional
14  information, the matter will be deemed submitted upon the filing of the memoranda of law, and
15  the Court will make its final ruling.

16  17.  <u>Scheduling</u>:  The competing memoranda of law and proposed orders shall be due on
17  Friday, September 21, 2007.

18  18.  <u>Trial</u>:  The parties do not believe that trial will be necessary.

19  19.  <u>Disclosure of Non-party Interested Entities or Persons</u>:  The parties intend to file the
20  "Certification of Interested Entities or Persons" as required by Civil Local Rule 3-16.

21  20.  <u>Such other matters as may facilitate the just, speedy, and inexpensive disposition of this
22  matter</u>:  None

23
24  ///
25  ///
26  ///
27  ///
28

Case No. C 06-07884 JW                           3
Joint Case Management Statement

1

2   Dated: July 11, 2007                                          Respectfully Submitted,

3

4                                                                          _____/s/_____
                                                                  Justin G. Fok
5                                                                 Law Offices of Jean D. Chen
                                                                  Attorney for Plaintiff
6

7

8

9   Dated: July 11, 2007                                          _____/s/_____
                                                                  Edward A. Olsen
10                                                                Assistant United States Attorney
                                                                  Attorney for Defendants
11

12

13

14

15                              **CASE MANAGEMENT ORDER**

16       Pursuant to the parties' consent to proceed before a Magistrate Judge, the Clerk shall

17   reassign this case and issue a new case schedule.  The Case Management Conference presently

18   scheduled for July 23, 2007 is VACATED.

19

20   Dated:  July 17, 2007                                        _____
                                                                  James Ware
21                                                                United States District Judge

22

23

24

25

26

27

28

Case No. C 06-07884 JW                    4
Joint Case Management Statement