Justin Fok, Esq., CA State Bar #242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

*E-FILED 7/31/07*

Attorney for Plaintiffs
Wen Hong Liu

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **Wen Hong Liu,**<br><br>           Plaintiffs,<br><br>   v.<br><br>**Alberto Gonzales**, United States Attorney General, U.S. Department of Justice;<br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br>**David Still**, San Francisco District Director, United States Citizenship and Immigration Services;<br>**Robert S. Mueller III,** Director of the Federal Bureau of Investigation,<br><br>           Defendants. | Case No. C 06-07884 RS<br><br>**PARTIES JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS**<br>AND ORDER THEREON |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

Parties' Joint Request for Exemption          1
C 06-07884 RS

1  resolution options provided by the court and private entities, and considered whether this case
2  might benefit from any of them. Here, the parties agree that referral to a formal ADR process
3  will not be beneficial because this action is limited to plaintiff's request that this Court compel
4  defendants to adjudicate the application for naturalization. Given the substance of the action and
5  the lack of any potential middle ground, ADR will only serve to multiply the proceedings and
6  unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request
7  the case be removed from the ADR Multi-Option Program and that they be excused from
8  participating in the ADR phone conference and any further formal ADR process.

Respectfully Submitted,

Dated: July 19, 2007                                 _____/s/_____
                                                      Justin G. Fok
                                                      Attorney for Plaintiff


Dated: July 19, 2007                                 _____/s/_____
                                                      Edward A. Olsen
                                                      Assistant United States Attorney
                                                      Attorney for Defendants


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  July 31, 2007                                 _____
                                                      Richard Seeborg
                                                      United States Magistrate Judge