**\*E-FILED 7/31/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WEN HONG LIU, | NO. C 06-07884 RS |
| Plaintiff, | **ORDER** |
| v. | |
| ALBERTO GONZALES, et al., | |
| Defendant. | |

Pursuant to the stipulation of the parties contained in their joint case management statement filed prior to reassignment of this action to the undersigned and good cause appearing, IT IS HEREBY ORDERED THAT:

1. On or before September 21, 2007, each party shall submit a memorandum of law, not to exceed 10 pages, with a proposed remand order. Unless the Court requires additional information, the matter will be deemed submitted upon the filing of the memoranda of law, and the Court will make its final ruling.

2. No case management conference will be held.

IT IS SO ORDERED.

Dated: July 31, 2007

RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 06-07884 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Justin Fok    jfok@jclawoffice.com

Edward A. Olsen    edward.olsen@usdoj.gov, tiffani.chiu@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 7/31/07**                                         **Chambers of Judge Richard Seeborg**

                                                                    **By:**        **/s/ BAK**

ORDER
C 06-07884 RS

2