*E-FILED 9/26/07*

Justin Fok, Esq., CSBN: 242272
Law Offices of Jean D. Chen
2107 N. 1st Street, #300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Wen Hong Liu

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Wen Hong Liu | No. C 06-7884 RS |
| Plaintiff, | |
| vs. | STIPULATION TO EXTEND DATES AND [PROPOSED] ORDER |
| Alberto Gonzales, United States Attorney General; | |
| Michael Chertoff, Secretary of the Department of Homeland Security; | |
| Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services; | |
| David Still, San Francisco District Director, United States Citizenship and Immigration Services; | |
| Robert S. Mueller, Director of Federal Bureau of Investigation | |
| Defendants | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

Stipulation to Extend Dates                    1
C 06-7884 RS

1. Plaintiff filed this action on December 26, 2006. Defendants filed their answer on February 27, 2007.

2. Pursuant to this Court's July 31, 2007 Order, the parties are required to submit a Memorandum of Law with a proposed remand order on September 21, 2007.

3. In order to allow sufficient time for the parties to consider an alternative resolution to this case, the parties hereby respectfully ask this Court to extend the due date for the Memorandum of Law to October 5, 2007.

Dated: September 21, 2007

Respectfully Submitted,

/s/
Justin Fok
Attorney for Plaintiff

Dated: September 21, 2007

Edward A. Olsen
Assistant United States Attorney
Attorney for Defendants

## ORDER

Pursuant to stipulation, IT IS SO ORDERED

Date: September 24, 2007

RICHARD SEEBORG
United States Magistrate Judge

Stipulation to Extend Dates
C 06-7884 RS

2