1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division                                  *E-FILED 10/9/07*
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE DIVISION

12 WEN HONG LIU,                          )
                                          ) No. C 06-7884 RS
13              Plaintiff,                )
                                          )
14         v.                             )
                                          ) **SECOND STIPULATION TO EXTEND**
15 ALBERTO GONZALES, United States        ) **DATES and [PROPOSED] ORDER**
   Attorney General;                      )
16 MICHAEL CHERTOFF, Secretary of the     )
   Department of Homeland Security;       )
17 EMILIO T. GONZALEZ, Director of United )
   States Citizenship and Immigration Services; )
18 DAVID STILL, San Francisco District Director, )
   United States Citizenship and Immigration )
19 Services;                              )
   ROBERT S. MUELLER, Director of         )
20 Federal Bureau of Investigation,       )
                                          )
21              Defendants.               )
                                          )
22 _____)

23     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24 of record, hereby stipulate, subject to the approval of the Court, to the following:

25     1. The plaintiff is a lawful permanent resident of the United States who filed an application for

26 naturalization with USCIS and was interviewed on April 21, 2004. The USCIS has not yet

27 adjudicated the plaintiff's naturalization application.

28     2. On September 24, 2007, the Court granted the parties' stipulation to extend the date by

Second Stipulation to Extend Dates
C06-7884 RS                                  1

which the parties' must submit the Memoranda of Law with a proposed remand order.  The parties are currently required to submit their Memorandum by October 5, 2007.

    3.  The FBI completed the name check of plaintiff on October 4, 2007.

    4.  In order to allow sufficient time for the FBI to forward the information to USCIS, and for USCIS to complete adjudication of Plaintiff's naturalization application, the parties respectfully request the Court to extend the due date for the Memoranda of Law to November 5, 2007.

Dated: October 4, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


        /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants


Date: October 4, 2007

        /s/
JUSTIN FOK
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 9, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

Second Stipulation to Extend Dates
C06-7884 RS                                                    2