SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

*E-FILED 10/24/07*

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WEN HONG LIU,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO GONZALES, United States Attorney General;<br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services;<br>DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services;<br>ROBERT S. MUELLER, Director of Federal Bureau of Investigation,<br><br>    Defendants. | No. C 06-7884 RS<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C06-7884 RS                                                     1

| | |
|---|---|
| 1  Dated: October 22, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | |
| 4 | |
| 5 |           /s/<br>EDWARD A. OLSEN |
| 6 | Assistant United States Attorney<br>Attorneys for Defendants |

1 Dated: October 22, 2007                     Respectfully submitted,

2                                              SCOTT N. SCHOOLS
                                               United States Attorney

5                                                  /s/
                                               EDWARD A. OLSEN
6                                              Assistant United States Attorney
                                               Attorneys for Defendants

9 Date: October 22, 2007                          /s/
                                               JUSTIN FOK
                                               Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  October 24, 2007                        _____
                                               RICHARD SEEBORG
                                               United States Magistrate Judge

Stipulation to Dismiss
C06-7884 RS                                    2